| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| **PLAINTIFF**<br>FL Receivable Trust 2002-A | **MISCELLANEOUS** | **COURT CASE NUMBER**<br>B-03-005; B-03-006<br>B-03-007; B-03-008 |
| **DEFENDANT**<br>Jamuna Real Estate & Bagga Enterprises, Inc. | | **TYPE OF PROCESS**<br>Notice of Levy & Sale to Publish |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Publish Notice of Levy & Sale of Real Property, equipment & furnishings |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | The Brownsville Herald, 1135 E. Van Buren, Brownsville, TX 78550 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Publish attached Notice of Levy & Sale in The Brownsville Herald on the following dates:

Friday, June 13, 2003          Friday, June 27, 2003
Friday, June 20, 2003          Monday, June 30, 2003

United States District Court
Southern District of Texas
FILED
JUN 26 2003
Michael N. Milby
Clerk of Court

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>956.542.4377 | DATE<br>06/10/03 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6/10/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 6-11-03   Time: 11:45 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

**REMARKS:**

Notice of Sale hand-delivered to the Brownsville Herald on June 11, 2003. To be published June 13th, 20th, 30th & 27th, 2003. 1 DUSM

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|